UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10CR00052-01 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| LEROY HARRINGTON III, ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  LEROY HARRINGTON III , Case No. 2:10CR00052-01 , Charge  18:3606 - Probation Violation , from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _✔_ (Other)     Time Served

Issued at  Sacramento, CA  on  July 16, 2012  at  10:01 am .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal